

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00004-CR

EX PARTE MICHAEL LORENCE

§   On Appeal from the 362nd District Court

§   of Denton County (F-2013-0530-D)

§   September 3, 2020

§   Opinion by Justice Bassel

§   (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order denying habeas relief. It is ordered that the trial court's order denying habeas relief is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
    Justice Dabney Bassel